A TRUE COPY ATTEST

Date: 3/12/2024

BRENNA B. MAHONEY, CLERK OF COURT

By: *Alisha Francis,* Deputy Clerk

Case: 4:24-cv-00293-PLC   Doc. #: 8   Filed: 03/12/24   Page: 1 of 2 PageID #: 73

Clerk's Office
Filed Date: 3/12/2024

U.S. DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
BROOKLYN OFFICE

**UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION**

IN RE: PERRY JOHNSON & ASSOCIATES
MEDICAL TRANSCRIPTION DATA SECURITY
BREACH LITIGATION                                                                 MDL No. 3096

(SEE ATTACHED SCHEDULE)

**CONDITIONAL TRANSFER ORDER (CTO –4)**

On January 30, 2024, the Panel transferred 18 civil action(s) to the United States District Court for the Eastern District of New York for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* __F.Supp.3d__ (J.P.M.L. 2024). Since that time, 13 additional action(s) have been transferred to the Eastern District of New York. With the consent of that court, all such actions have been assigned to the Honorable Rachel P. Kovner.

It appears that the action(s) on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Eastern District of New York and assigned to Judge Kovner.

Pursuant to Rule 7.1 of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation, the action(s) on the attached schedule are transferred under 28 U.S.C. § 1407 to the Eastern District of New York for the reasons stated in the order of January 30, 2024, and, with the consent of that court, assigned to the Honorable Rachel P. Kovner.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Eastern District of New York. The transmittal of this order to said Clerk shall be stayed 7 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 7–day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is pending at this time, the stay is lifted.

Mar 12, 2024

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

Tiffaney D. Pete
Clerk of the Panel

IN RE: PERRY JOHNSON & ASSOCIATES  
MEDICAL TRANSCRIPTION DATA SECURITY  
BREACH LITIGATION                                                                                   MDL No. 3096

### SCHEDULE CTO−4 − TAG−ALONG ACTIONS

| **DIST** | **DIV.** | **C.A.NO.** | **CASE CAPTION** | |
|---|---|---|---|---|
| MICHIGAN EASTERN | | | | |
| MIE | 2 | 24−10404 | Curry v. Concentra Health Services, Incorporated et al | 1:24-cv-01807 |
| MIE | 2 | 24−10478 | Franczak v. Concentra Inc. et al | 1:24-cv-01811 |
| MISSOURI EASTERN | | | | |
| MOE | 4 | 24−00293 | Tate v. Concentra Health Services, Inc. et al | 1:24-cv-01813 |
| NEW YORK EASTERN | | | | |
| ~~NYE~~ | ~~2~~ | ~~24−01380~~ | ~~Brown v. Perry Johnson & Associates, Inc.~~ | Vacated 3/11/24 |